CLOSING

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES, et al. ex rel. GERASIMOS PETRATOS**<br><br>*Plaintiff*,<br><br>v.<br><br>**GENENTECH, INC., et al.**<br><br>*Defendants*. | Civil Action No. 11-3691<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Defendant Genentech, Inc.'s and Defendant Hoffman La-Roche Inc.'s motions to dismiss Plaintiff Gerasimos Petratos' Amended Complaint [Dkt. Nos. 68, 70];

and for the reasons articulated in the accompanying Opinion;

**IT IS** on this 29th day of October, 2015,

**ORDERED** that this matter is **DISMISSED with prejudice** against all parties; and it is further

**ORDERED** that this case is closed.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**